IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　**CASE NO. 4:02-CR-062-SPM**

**CARLOS LIMON-JUAREZ**

    **Defendant.**

_____/

**ORDER PERMITTING LATE OBJECTIONS TO BE FILED**

**THIS CAUSE** comes before the Court upon the "Request for Reconsideration" (doc. 169) filed October 12, 2006, in which Defendant states that a mail delay at his institution prevented him from receiving the magistrate's report and recommendations in time to file objections before the deadline. The order adopting the report and recommendation (doc. 164) was entered September 26, 2006, and the objections (doc. 167) were filed October 2, 2006.

I have reviewed these objections *de novo* and determined that they would not have changed the final outcome of this case. Defendant now argues that he did not know the difference between kilograms and pounds. He states, "When Petitioner said, 'It was slightly more than a thousand' during the guilty plea hearing, he meant 1,000 pounds." *See* doc. 167 at 2. Excerpts from the plea

hearing, included in the magistrate's report and recommendation, show that Defendant was well aware that he was pleading to more than 1,000 kilograms of marijuana:

> THE COURT: And was the amount that you got involved with more than a thousand **kilograms**?
>
> THE DEFENDANT: It was slightly more than a thousand.
>
> \* \* \*
>
> THE COURT: All right. Do you admit that you were involved with something more than a thousand **kilograms** of marijuana?
>
> THE DEFENDANT: Yes, I do.
>
> THE COURT: So to get it clear for the record, this says 2,740 **kilograms**, and you're saying that you're not so sure about that, but you do agree that it was more than a thousand k
>
> THE DEFENDANT: Yes, more than a thousand, but not as much as 2,740.
>
> \* \* \*
>
> THE COURT: Do you understand that what your attorney has said is that by agreeing that the amount of marijuana was more than 1,000 **kilograms**, that under the guidelines yo 32 for offense characteristics?
>
> THE DEFENDANT: Yes, I understand.

Doc. 134 at 19, 21 (emphasis added).  It is clear from this exchange that the amount of drugs was measured in kilograms only.  Defendant had ample opportunity during the hearing to speak up and clarify that all references were to kilograms, not pounds.  Having remained silent on the issue throughout the

proceedings, Defendant is not now entitled to claim a lack of understanding that would render the plea colloquy deficient in any way. Nothing in Defendant's motion for reconsideration would have changed the ultimate outcome of this case.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion for reconsideration (doc. 167) is hereby *denied*.

2. The magistrate's report and recommendation (doc. 163) is readopted over Defendant's objections.

**DONE AND ORDERED** this twenty-third day of October, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge